# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SIMO HOLDINGS, INC., SKYROAM, INC., SHENZHEN SKYROAM TECHNOLOGY CO., LTD., | § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | CIVIL ACTION NO. 2:20-CV-00003-JRG |
| HONG KONG UCLOUDLINK NETWORK TECHNOLOGY LIMITED, SHENZHEN UCLOUDLINK NETWORK TECHNOLOGY CO. LTD., SHENZHEN UCLOUDLINK NEW TECHNOLOGY CO. LTD., | § § § § § § § | |
| *Defendants.* | § | |

## ORDER

Before the Court is Plaintiffs SIMO Holdings Inc., Skyroam, Inc., and Shenzhen Skyroam Technology Co., Ltd. (collectively, the "Plaintiffs") Status Report and Contingent Motion for Extension of Time to Complete Service of Process (the "Motion"). (Dkt. No. 16.) In the Motion, the Plaintiffs represent that they have exercised due diligence in effecting service on the foreign defendants in this case, but such efforts have been unsuccessful, in part, because of the "current public health situation." The Plaintiffs further represent that, to the extent applicable, the 90-day deadline to effect service has expired. As such, the Plaintiffs request an additional 45 days to complete service on the defendants. Having considered the Motion, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

2

**So ORDERED and SIGNED this 7th day of April, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE